

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-20-00355-CV

Forrest M. **MIMS**, Minnie Mims, Ray Reininger, Deborah Reininger, Glenn Thompson, Annette Thompson, Blake C. Brock, and Annette Dannelly-Silva,
Appellants

v.

**CITY OF SEGUIN**,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court Nos. 17-1304-CV-B, 17-1305-CV-C, 17-1306-CV-A,
17-1492-CV-A & 17-1306-CV-A
Honorable Gary L. Steel, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's judgment is REVERSED and the case is REMANDED for further proceedings. We ORDER that appellants are awarded costs they incurred related to this appeal.

SIGNED July 21, 2021.

_____
Rebeca C. Martinez, Chief Justice